THOMAS CRANE, Respondent, *v.* DANIEL K. TRAVIS, impleaded, etc., Appellant.

(Argued September 25, 1873; decided January term, 1874.)

THE only question discussed in this case was, as to whether there was any evidence to sustain the findings of fact of the referee.

*Amasa J. Parker* for the appellant.

*N. H. Clement* for the respondent.

EARL, C., reads for affirmance.

All concur.

Judgment affirmed.